**DISMISSED and Opinion Filed September 1, 2020**



**In The**
**Court of Appeals**
**Fifth District of Texas at Dallas**

**No. 05-19-01449-CV**

**DOUGLAS HUNDERMAN AND DOROTHY HUNDERMAN, Appellants**
**V.**
**NATIONSTAR MORTGAGE, LLC, ET AL, Appellees**

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-19-09043**

## MEMORANDUM OPINION

Before Justices Myers, Nowell, and Evans
Opinion by Justice Evans

Appellants' brief in this case is overdue. On appellants' motions, we twice extended the deadline for filing appellant's brief. By order dated June 4, 2020, we informed appellants their brief was overdue and directed appellants to file their brief no later than June 25, 2020. We cautioned appellant that failure to file their brief by that time would result in the dismissal of this appeal without further notice. To date, appellants have not filed a brief, filed an extension motion, or otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).


/David Evans/
DAVID EVANS
JUSTICE


191449F.P05



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DOUGLAS HUNDERMAN AND
DOROTHY HUNDERMAN,
Appellants

No. 05-19-01449-CV     V.

NATIONSTAR MORTGAGE, LLC,
ET AL, Appellees

On Appeal from the 101st Judicial
District Court, Dallas County, Texas
Trial Court Cause No. DC-19-09043.
Opinion delivered by Justice Evans.
Justices Myers and Nowell
participating.

In accordance with this Court's opinion of this date, this appeal is
**DISMISSED**.

It is **ORDERED** that appellees NATIONSTAR MORTGAGE, LLC,
WILMINGTON TRUST, N.A., AND BANK OF AMERICA, N.A. recover their
costs of this appeal from appellants DOUGLAS HUNDERMAN AND
DOROTHY HUNDERMAN.

Judgment entered September 1, 2020